[No. 7423–1.   Division One.   December 31, 1979.]

BRUDIJEAN FUQUA, *Appellant,* v. KING COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 842120, William C. Goodloe, J., entered January 17 and March 26, 1979. *Reversed* by unpublished opinion per Callow, C.J., concurred in by James and Dore, JJ.